BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00208-KJN |
| Plaintiff, | ) ) ) | **ORDER GRANTING TELEPHONIC APPEARANCE REQUEST** |
| v. | ) ) | |
| JEFFREY A. CATLETT, | ) ) ) | Date:   September 18, 2013<br>Time:   9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendant. | ) ) | |

It is herby ordered that California Fish and Wildlife Warden Brett Gomes may appear telephonically at the suppression hearing on September 18, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Government's Response to Defendant's Brady/Discovery Complaints

1