UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00208-KJN |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY A. CATLETT, | |
| Defendant. | |

Presently pending before the court are defendant Jeffrey A. Catlett's motion for a new trial and motion for a mistrial. (ECF Nos. 61, 66.) Sentencing is presently set for October 23, 2013, at 9:00 a.m. (ECF No. 57.)

Accordingly, IT IS HEREBY ORDERED that:

1. The court will hear argument with respect to defendant's pending motions at the October 23, 2013 sentencing hearing.

2. The United States may, but is not required to, file a response to these motions no later than 4 p.m. on Monday October 21, 2013. No further briefing will be permitted.

IT IS SO ORDERED.

Dated: October 16, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1