UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00208-KJN |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JEFFREY A. CATLETT, | |
| Defendant. | |

On October 23, 2013, the court conducted a hearing on defendant Jeffrey A. Catlett's motion for a new trial and motion for a mistrial. (ECF Nos. 61, 66.) For the reasons stated in detail on the record at the hearing, the court denied these motions.

At the October 23, 2013 hearing, the court also discussed with defendant's counsel the notice of appeal filed on October 10, 2013. (ECF No. 59.) Although defendant's counsel intended to submit an appeal to a district judge pursuant to Rule 58(g)(2)(B) of the Federal Rules of Criminal Procedure, it appears that the appeal was incorrectly docketed and processed by the Clerk's Office as an appeal to the Ninth Circuit Court of Appeals. (ECF No. 60.)

Regardless, the court observed that defendant's notice of appeal was premature, because no judgment of conviction or sentence had yet been entered at the time that the notice of appeal was filed. <u>See</u> Fed. R. Crim. Proc. 58(g)(2)(B) ("A defendant may appeal a magistrate judge's *judgment of conviction or sentence* to a district judge within 14 days of its *entry*. To appeal, the

1

defendant must file a notice with the clerk specifying the judgment being appealed and must serve a copy on an attorney for the government.") (emphasis added).

At the October 23, 2013 hearing, defendant was sentenced and notified of his rights to appeal. Defendant's counsel indicated that he intended to file a new notice of appeal upon entry of the judgment. In light of this representation, the court will direct the Clerk of Court to randomly assign a district judge to this matter.

Accordingly, in the interests of clarity, IT IS HEREBY ORDERED that:

1. Defendant's motion for a new trial and motion for a mistrial (ECF Nos. 61, 66) are DENIED.

2. The Clerk of Court is directed to randomly assign a district judge to this action.

IT IS SO ORDERED.

Dated: October 24, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE