BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00208-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY A. CATLETT, | ) | DATE:  February 11, 2014 |
| | ) | TIME:  9:45 a.m. |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the hearing scheduled for February 11, 2013 at 9:45 a.m. is continued to March 25, 2014 at 9:45 a.m. Further, the Defendant's brief will be due on Tuesday, February 11, 2014; the Government's opposition will be due on Tuesday, February 25, 2014; and the Defendant's reply will be due on Tuesday, March 4, 2014.

     IT IS SO ORDERED.

Dated: 2/6/2014                    /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   United States District Court Judge

1