BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00208-JAM |
| Plaintiff, | ORDER EXTENDING TIME |
| v. | |
| JEFFREY A. CATLETT, | DATE: March 25, 2014<br>TIME: 9:45 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

It is hereby ordered that the Government's opposition is now due on or before March 4, 2014. Additionally, the Defendant's reply will now be due on or before March 18, 2014.

   IT IS SO ORDERED.

Dated: 2/26/2014            /s/ John A. Mendez
                            Hon. John A. Mendez
                            United States District Court Judge

1