BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY A. CATLETT,<br><br>　　　　　Defendant. | CASE NO. 2:13-CR-208-KJN<br>　　　　　　2:13-CR-208-JAM<br><br>ORDER TO SET FOR STATUS CONFERENCE TO CLARIFY PROBATION TERMS |

It is hereby ordered that a status conference to clarify probation terms shall be scheduled for January 21, 2015, at 9:00 a.m.

Dated: January 20, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1